FILED

SEP 26 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|              Plaintiff, ) | |
| v. ) | 2:12-CR-281-PMP (CWH) |
| RICHARD NEISWONGER, ) | |
|              Defendant. ) | |

## ORDER OF FORFEITURE

On September 26, 2012, defendant RICHARD NEISWONGER pled guilty to a One-Count Criminal Information charging her in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Section 1343 and Title 18, United States Code, Section 371 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Information.

This Court finds that RICHARD NEISWONGER shall pay a criminal forfeiture money judgment of $1,087,835.99 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461.

. . .

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RICHARD C. NEISWONGER a criminal forfeiture money judgment in the amount of $1,087,835.99 in United States Currency.

DATED this 26 day of Sep, 2012.

_____
UNITED STATES DISTRICT JUDGE