UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD S. NEISWONGER,<br>SHANNON NEISWONGER.<br><br>Defendants. | 2:12-CR-00281-PMP-CWH |

## ORDER

**AND NOW**, upon consideration of Defendants' Unopposed Motion for Issuance of Rule 17(C) Subpoenas *Duces Tecum* directed to Judy Walls and Paul Sanford, Defendants' Unopposed Motion for Issuance of Rule 17(C) Subpoenas Deuces Tecum is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. Defendants' subpoenas *duces tecum* direct Judy Walls and Paul Sanford to appear in the United States District Court for the District of Nevada, 333 South Las Vegas Boulevard, Las Vegas, Nevada 89101, Courtroom No. 7C, at 9:00 am on June 16, 2014, and produce the following documents: Deposition testimony transcripts for *Dr. Kevin Hornsby and Heidi Hornsby in Birmingham Realty Co. v. Kevin Hornsby, et al.*

2. Judy Walls and Paul Sanford may satisfy the requirements of Defendants' subpoenas *duces tecum* by delivering the requested documents to the law office of Defendants' counsel Solomon L. Wisenberg, at 101 Constitution Avenue, NW, Suite 900, Washington, DC 20001, on or before June 13, 2014 at 5:00 p.m. EDT.

**IT IS SO ORDERED, DATED** this  30th day of May, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:

_____/S/_____
SOLOMON L. WISENBERG
DC Bar No. 464867
101 Constitution Avenue, NW Suite 900
Washington, D.C. 20001
Attorney for Defendants (Pro Hac Vice)


_____/S/_____
PETER M. ANGULO, ESQ.
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorney for Defendants (Associated Counsel)